## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | **INDICTMENT** |
| | Criminal No. 20- *120 (PAD)* |
| | **VIOLATIONS:** 18 U.S.C. § 924(c)(1)(B)(ii) 18 U.S.C. § 924(c)(1)(A) 18 U.S.C. § 922(o) 21 U.S.C. § 841(a)(1) – 2 counts |
| v. | |
| | Forfeiture: 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c) |
| **JUAN RAMON MUÑOZ-SANTIAGO,** Defendant. | **FIVE COUNTS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Possession of a Machinegun in Furtherance of a Drug Trafficking Crime**
18 U.S.C. § 924(c)(1)(B)(ii)

On or about the 3rd day of March, 2020, in the District of Puerto Rico and within the jurisdiction

of this Court, the defendant,

**JUAN RAMON MUÑOZ-SANTIAGO,**

did possess a machinegun, that is a firearm modified to shoot more than one round of ammunition,

without manual reloading, by a single function of the trigger, to wit: one .45 caliber Glock pistol, model

21, serial number EPF953US, with an attached, visible, dropped-in, auto sear, machinegun conversion

device (also known as a "chip"), in furtherance of a drug trafficking crime for which he may be

prosecuted in a Court of the United States, that is, possession of a controlled substance with intent to

distribute as charged in Counts Four and Five of the instant Indictment. All in violation of 18 U.S.C. §§

924(c)(1)(A) and 924(c)(1)(B)(ii).

## COUNT TWO
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)(A)

On or about the 3rd day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JUAN RAMON MUÑOZ-SANTIAGO,

did possess a firearm, to wit: one .45 caliber Glock pistol, model 21, serial number EPF953US, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession of a controlled substance with intent to distribute as charged in Counts Four and Five of the instant Indictment. All in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT THREE
### Possession of a Machinegun
18 U.S.C. § 922(o)

On or about the 3rd day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JUAN RAMON MUÑOZ-SANTIAGO,

did knowingly possess a firearm modified to shoot more than one round of ammunition, without manual reloading, by a single function of the trigger, to wit: one .45 caliber Glock pistol, model 21, serial number EPF953US, with an attached, visible, dropped-in, auto sear, machinegun conversion device (also known as a "chip"). All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT FOUR
**Possession with Intent to Distribute Controlled Substances**
21 U.S.C. § 841(a)(1)

On or about the 3rd day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

## JUAN RAMON MUÑOZ-SANTIAGO,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

## COUNT FIVE
**Possession with Intent to Distribute Controlled Substances**
21 U.S.C. § 841(a)(1)

On or about the 3rd day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

## JUAN RAMON MUÑOZ-SANTIAGO,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FIREARMS FORFEITURE ALLEGATION
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 924(c)(1)(B)(ii), 924(c)(1)(A), and 922(o) as set forth in Counts One through Three of this Indictment, the defendant, **JUAN RAMON MUÑOZ-SANTIAGO,** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.

§ 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one .45 caliber Glock pistol, model 21, serial number EPF953US, with an attached, visible, dropped-in, auto sear, machinegun conversion device (also known as a "chip"); three .45 caliber ammunition magazines (one with thirteen round capacity, one with twenty-four round capacity, and one with forty round capacity); one 9 mm caliber ammunition magazine (thirty round capacity); two rounds of .45 caliber ammunition; one-hundred-two rounds of .40 caliber ammunition; and twenty-five rounds of 9 mm caliber ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Date: _04-Mar-2020_

W. STEPHEN MULDROW
United States Attorney

Victor O. Acevedo-Hernández
Assistant United States Attorney
Deputy Chief, Firearms Unit

Sean P. Murphy
Assistant United States Attorney