UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**JUAN RAMÓN MUNOZ-SANTIAGO,**
**Defendant.**

Criminal No. 20-122 (PAD)

**GOVERNMENT'S SENTENCING MEMORANDUM**

| | |
|---|---|
| The residents of the Island are victims of violence, collateral damage from an underground economy supported by drug trafficking and aggravated by the economic crisis that has left thousands of Puerto Ricans unemployed. Meanwhile, the crime in Puerto Rico presents a somber outlook, loaded with bullet casings, murders, drug trafficking, and robberies that shows us all a harsh reality. The rise of juvenile delinquency, aggravated by the high rate of school dropouts, has affected the quality of life in the Island.<br><br>For decades, Puerto Rico has been going through a crime wave that, for many, seems to have no solution. Crimes are committed regardless of time, date, and place. They are committed in broad daylight, at shopping centers, streets, homes, businesses, etc. Puerto Ricans do not feel safe anywhere and this situation cannot continue. | Los habitantes de la Isla son víctimas de la violencia, daño colateral de una economía subterránea respaldada por el trasiego de drogas y agravada por la crisis económica que ha dejado a miles de puertorriqueños sin empleo. Mientras, la criminalidad en Puerto Rico presenta un panorama sombrío, minado de casquillos de balas, asesinatos, trasiego de drogas y robos que nos dejan ver una dura realidad a todos. El aumento en la delincuencia juvenil, exacerbado por la alta deserción escolar ha contribuido a que la calidad de vida de la Isla se vea afectada.<br><br>Por décadas, Puerto Rico ha venido atravesando por una ola de criminalidad, que para muchos, parece no tener solución. Los crímenes se cometen sin mirar hora, día ni lugar. Se cometen a plena luz del día, en centros comerciales, en la calle, hogares, negocios, etc. El puertorriqueño no se siente seguro en ninguna parte y esta situación no puede continuar. |

*Statement of Motives*, Law No. 27 of May 19, 2017 of Puerto Rico (Exhibit A)

1

The United States of America, through its undersigned counsel, respectfully submits this sentencing memorandum, and seeks a sentence of 84 months of imprisonment for violation of 18 U.S.C. §§ 84l(a)(l) and 84l(b)(l)(D) and 18 U.S.C. § 924(c)(1)(A), for Juan Ramón Munoz-Santiago.

## I. BACKGROUND

On March 3, 2020, at approximately 1:00 PM, Puerto Rico Police Department (PRPD) Agents, assigned to the Narcotics Metro Unit in Ponce, were assigned to an operational plan geared towards the execution of a State Search Warrant for a residence, located at Bo. Paso Seco Street 5 # 101 in Santa Isabel, Puerto Rico. When PRPD Agents arrived at the abovementioned location, they observed an individual, later identified by PRPD Agents as Defendant Juan Ramon Muñoz-Santiago, standing outside the residence. PRPD Agents presented Muñoz-Santiago, with the State Search Warrant documents. PRPD detained Muñoz-Santiago and advised him of his Miranda Warnings.

During the search of the residence, and in the presence of Muñoz-Santiago, PRPD Agents recovered one .45 caliber Glock pistol, model 21, serial number EPF953US; three .45 caliber ammunition magazines (one with thirteen round capacity, one with twenty-four round capacity, and one with forty round capacity); one 9 mm caliber ammunition magazine (thirty round capacity); two rounds of .45 caliber ammunition; one-hundred-two rounds of .40 caliber ammunition; and twenty-five rounds of 9 mm caliber ammunition. The PRPD agents also recovered one can of gun oil, one cellphone, and narcotics paraphernalia including one bag containing approximately ½ pound of a green leafy substance that field tested positive for marijuana.

## II. DISCUSSION

**1) A Sentence of 84 Months Is Appropriate Under the Factors Stated in 18 U.S.C. § 3553(a).**

The context in which Juan Ramón Munoz-Santiago possessed the firearm in furtherance a drug trafficking crime in this case is relevant. Adjusted for population, <u>Puerto Rico is the murder capital of the United States</u>: 20.3 murders per 100,000 inhabitants in 2017.[1]

**2017 Murder Rates in U.S. per 100,000 Inhabitants**

| Geographic Area | Murder and non-negligent manslaughter (in order of most to least) |
|---|---|
| **Puerto Rico** | **20.3 (679 murders)** |
| District of Columbia | 16.7 (116 murders) |
| Louisiana | 12.4 |
| Missouri | 9.8 |
| Nevada | 9.1 |
| Maryland | 9 |
| Arkansas | 8.6 |
| Alaska | 8.4 |
| Alabama | 8.3 |
| Mississippi | 8.2 |
| Illinois | 7.8 |
| South Carolina | 7.8 |
| Tennessee | 7.8 |
| New Mexico | 7.1 |
| Georgia | 6.7 |
| Oklahoma | 6.2 |
| Ohio | 6.1 |
| Indiana | 6 |
| Arizona | 5.9 |
| Kentucky | 5.9 |
| North Carolina | 5.8 |

---

[1] U.S. Dep't of Justice, Federal Bureau of Investigation, CRIME IN THE UNITED STATES: 2017, tbl. 4, available at https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/tables/table-4 (last visited October 15, 2018)  This FBI data set did not include the U.S. Virgin Islands.

| | |
|---|---|
| Pennsylvania | 5.8 |
| Michigan | 5.7 |
| Delaware | 5.6 |
| Kansas | 5.5 |
| Virginia | 5.3 |
| Florida | 5 |
| Texas | 5 |
| West Virginia | 4.7 |
| California | 4.6 |
| Colorado | 3.9 |
| Montana | 3.9 |
| New Jersey | 3.6 |
| Iowa | 3.3 |
| Wisconsin | 3.2 |
| Washington | 3.1 |
| South Dakota | 2.9 |
| Connecticut | 2.8 |
| New York | 2.8 |
| Hawaii | 2.7 |
| Wyoming | 2.6 |
| Massachusetts | 2.5 |
| Oregon | 2.5 |
| Utah | 2.4 |
| Nebraska | 2.2 |
| Vermont | 2.2 |
| Minnesota | 2 |
| Idaho | 1.9 |
| Rhode Island | 1.9 |
| Maine | 1.7 |
| North Dakota | 1.3 |
| New Hampshire | 1 |

Puerto Rico's murder rate is approximately four times the national average of 5.3 murders per 100,000 people.

Yet the rate of firearm murders in Puerto Rico is even higher if one focuses on young men (18-29 years old) in San Juan. According to the State Data Center of Puerto Rico, there were

estimated to be 25,845 males between 18-29 years old in San Juan in 2017.[2] Based on the data compiled from police reports and newspapers,[3] there were approximately 44 men between 18 to 29 years old who were murdered by guns in San Juan in 2018. <u>This is the equivalent of a murder rate by firearms of 170 per 100,000 men between 18-29 years old in San Juan—more than thirty times the national average.</u>

Specialists from the Ponce School of Medicine, the Puerto Rico Department of Health, and the Puerto Rico Institute of Forensic Sciences estimated that the average "lifetime risk of homicide death" in parts of the metropolitan San Juan area reached as high as 1 in 19 residents between 2001 and 2010.[4] These specialists further noted that:

> Possession and use of a small firearm constitutes a common risk factor for interpersonal violence worldwide, but is of grave concern in LAC [Latin American and the Caribbean]. A comparative study of firearms-related mortality rates among youths (15-24 years of age) for a single year reported in 2002-2006 in 83 countries showed that 9 of the 10 countries with the highest rates (> 15.0 per 100,000 population) were in LAC. In the Caribbean, Puerto Rico has the highest rate of firearms-related mortality among youths, and is in fourth place overall (47.1), surpassed only by Colombia (80.5), El Salvador (78.1), and Venezuela (104.7)

*Id*. at pp. 321-22.

---

[2] https://censo.estadisticas.pr/estimadospoblacionales (Puerto Rico y sus municipios desglosados por grupos de edad y sexo 2010-2017
[3] Data available at: https://www.google.com/maps/d/edit?mid=1HpDqfNrxDUH42h683x1rXWmRCJNl8EBa&ll=18.44276826855831%2C-66.20866996657253&z=10
[4] Zavala-Zegarra DE, López-Charneco M, Garcia-Rivera EJ, Concha-Eastman A, Rodriguez JF, ConteMiller M. "Geographic distribution of risk of death due to homicide in Puerto Rico, 2001–2010," *Rev Panam Salud Publica*. 2012 at p. 326) (available at http://www.paho.org/journal/index.php?option=com_docman&view=download&category_slug=pdfs-november-2012&alias=521-geographic-distribution-of-risk-of-death-due-to-homicide-in-puerto-rico-2001-2010&Itemid=847) (last visited on July 5, 2017)

The following map illustrates the 615 firearm murders in Puerto Rico in 2018:



The map is available at the following link:

https://drive.google.com/open?id=1HpDqfNrxDUH42h683x1rXWmRCJNl8EBa&usp=sharing. By clicking on each gun symbol on the website, one can see the age, gender and circumstances of the 615 victims of gun violence on this island in 2018.

Firearm murders accounted for 96% of the murders in Puerto Rico in 2018: 615 out of the 639 murders.[5]

In 2016, firearm offenses constituted 10% of federal offenses prosecuted nationwide; they constituted 31.2% of offenses prosecuted in the District of Puerto Rico.[6] The First Circuit has acknowledged the seriousness of gun-related violence here. *See United States v. Narvaez-Soto*, 773 F.3d 282, 286 (1st Cir. 2014) (describing "the [district] court's reasoned determination, predicated on its experience, that the incidence of violent crime—and, particularly, gun-related violent crime—is an acute problem in Puerto Rico").

Over the past several years, Puerto Rico's rate of homicides resulting from gun violence has topped the United States and the world, outstripping Sierra Leone, Honduras and El Salvador

---

[5] *See* https://www.elnuevodia.com/noticias/seguridad/nota/el2018cierracon639asesinatos-2468460/ (reporting 639 murders in Puerto Rico in 2018).
[6] *See 2016 Sourcebook of Federal Sentencing Statistics* (available at www.ussc.gov/research/sourcebook-2016).

according to statistics compiled by the United Nations.[7]  A higher percentage of people die of gun violence in Puerto Rico than in Lebanon, Mexico, or South Africa.[8]  The chart below[9] illustrates the problem:



Puerto Rico's violence has much in common with the mid-range, violent countries in Central and South America:

| Homicides per 100,000 in Central/South America and the Caribbean | |
|---|---:|
| Chile | 3.5 |
| Cuba | 4.3 |
| Ecuador | 5.8 |
| Argentina | 6 |
| Suriname | 6 |

---

[7] *See* http://www.washingtonpost.com/wp-srv/special/nation/gun-homicides-ownership/table/ (published on Dec. 17, 2012 based on data from the United Nations, column labeled "% of homicides by guns") (last visited on November 30, 2017).
[8] *Id*.  (column labeled "homicide by guns per 100,000 people").
[9] Available at: https://www.forbes.com/sites/niallmccarthy/2017/12/15/the-countries-where-guns-account-for-the-highest-share-of-violent-death-infographic/amp/

| | |
|---|---|
| Bolivia | 6.4 |
| Nicaragua | 6.8 |
| Paraguay | 7.4 |
| Peru | 7.8 |
| Uruguay | 8.1 |
| Barbados | 11 |
| Costa Rica | 13.4 |
| Guayana | 15 |
| Dominican Republic | 16 |
| **Puerto Rico** | **19.4** |
| Mexico | 20.5 |
| Colombia | 24.2 |
| Guatemala | 26 |
| Bahamas | 30.9 |
| Honduras | 43.6 |
| Venezuala | 51.1 |
| U.S. Virgin Islands | 55 |
| Jamaica | 56 |
| El Salvador | 60.1 |

*Source*: https://homicide.igarape.org.br. The data used was the most recent available. The following areas had 2017 data available: Bahamas, Barbados, Chile, Colombia, Costa Rica, Cuba, Ecuador, El Salvador, Guatemala, Guyana, Honduras, Jamaica, Mexico, Nicaragua, Paraguay, Peru, Puerto Rico, Uruguay, Suriname, Venezula. The following countries had 2016 data available: Argentina, Bolivia, Brazil, Dominican Republic, U.S. Virgin Islands. Discrepancies with FBI data regarding homicides could arise from different methods of collecting the data.



In short, Puerto Rico's firearm violence has less in common with the United States and more in common with the significantly greater firearm violence of Latin America. The United States Sentencing Guidelines, which are geared towards crime rates in the United States, therefore underestimate the appropriate sentences for firearm offenses committed in Puerto Rico.

2) **An 84 Months Sentence Is Warranted Based on the Need to Afford Adequate Deterrence, and the Need to Protect the Public from Further Crimes of the Defendant.**

Higher sentences for gun-related offenses have a deterrence effect. *See U.S. v. Martinez,* 184 F. Supp. 3d 1209, 1238 (D.N.M.), *aff'd,* 660 F. App'x 659 (10th Cir. 2016) ("[R]esearch strongly indicates that increases in sentence length have at least some general deterrent effect— especially for criminals facing shorter sentences."); David S. Abrams, *Estimating the Deterrent*

9

*Effect of Incarceration Using Sentencing Enhancements*, 4 Am. Econ. J.: Applied Econ. 32 (2012) (empirical study finding that increased sentences for gun-related offenses decrease certain gun violence).

Consequently, there is a great need for deterrence against defendant's specific conduct of possessing, in furtherance of his trafficking in marijuana, one .45 caliber Glock pistol, model 21, serial number EPF953US; three .45 caliber ammunition magazines (one with thirteen round capacity, one with twenty-four round capacity, and one with forty round capacity); one 9 mm caliber ammunition magazine (thirty round capacity); two rounds of .45 caliber ammunition; one-hundred-two rounds of .40 caliber ammunition; and twenty-five rounds of 9 mm caliber ammunition. Thus, an 84 months is there for sufficient but not greater than necessary protect the public from further crimes by the defendant.

### III. CONCLUSION

For the foregoing reasons, the United States recommends that this Court sentence defendant Juan Ramón Munoz-Santiago to a term of imprisonment of 84 months.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 8th day of March, 2022

> W. STEPHEN MULDROW
> United States Attorney
>
> *s/ Michele Colon*
> Michele Colon
> Assistant U.S. Attorney
> Torre Chardon, Suite 1201
> 350 Carlos Chardon St.
> San Juan, P.R. 00918
> Tel. (787) 772-4073

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants including the defendant's attorney of record.

                                                                  *s/Michele Colon*
                                                                   Michele Colon